Caroline Janzen, OSB #176233
caroline@ruggedlaw.com
503-520-9900
JANZEN LEGAL SERVICES, LLC
4550 SW Hall Blvd
Beaverton, OR 97005
Phone: 503-520-9900
Fax: 503-479-7999
Attorneys for Plaintiff

IN THE FEDERAL DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| RONALD VOLNER, an Individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PEACEHEALTH, a corporation,<br><br>　　　　　　　　　　Defendant. | Case No. 6:22−cv−00242−AA<br><br>NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE OF ALL CLAMS UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1(A)(ii) |

**STIPULATED DISMISSAL WITH PREJUDICE OF ALL CAUSES OF ACTION
PURSUANT TO FRCP 41(a)(1)(A)(ii)**

1.　The parties hereby stipulate to dismissal with prejudice of all claims asserted.

2.　Each party shall bear its own costs and fees.

Page 1 – STIPULATED DISMISSAL WITH PREJUDICE

**Janzen Legal Services, LLC**
4550 SW Hall Blvd.
Beaverton, Oregon 97005
Office: 503-520-9900
Fax: 503-479-7999

Submitted by:

JANZEN LEGAL SERVICES, LLC

By: /s/Caroline Janzen
/s/Caroline Janzen
_____

Caroline Janzen
4550 SW Hall Blvd.
Beaverton, OR 97005
T: 503.520.9900
F: 503.479.7999

Stipulated to by:

SCHWABE, WILLIAMSON & WYATT, P.C.

s/ Thomas J. Payne
Thomas J. Payne, OSB #165168
1211 SW Fifth Avenue, Suite 1900
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900
Email: tpayne@schwabe.com

       Of Attorneys for Defendant PeaceHealth

Page 2 – STIPULATED DISMISSAL WITH PREJUDICE

**Janzen Legal Services, LLC**
4550 SW Hall Blvd.
Beaverton, Oregon 97005
Office: 503-520-9900
Fax: 503-479-7999