IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RONALD VOLNER,

    Plaintiff,

v.

PEACEHEALTH,

    Defendant.

Civ. No. 6:22-cv-00242-AA

JUDGMENT

Pursuant to the Stipulated Notice of Voluntary Dismissal, this action is DISMISSED with prejudice. Each party shall bear its own costs and fees.

DATED: 9/26/2022

                        Melissa Aubin, Clerk

                        By   /s/ C. Kramer
                               Deputy Clerk

1 –JUDGMENT